# UNITED STATES DISTRICT COURT

for the

District of New Hampshire

In the Matter of the Search of  )
*(Briefly describe the property to be searched*  )
*or identify the person by name and address)*  )  Case No. 24-mj- 131-01-TSM
)
Information Associated with the Gmail Account  )
gotvcalls@gmail.com Stored at the Premises  )
Controlled by Google  )

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the  Northern  District of  California , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C 1519 | Destruction, Alteration, or Falsification of Records in Federal Investigations and bankruptcy |

The application is based on these facts:

See Attached

☐ Continued on the attached sheet.
☐ Delayed notice of _____ days *(give exact ending date if more than 30 days: _____ )* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/ Jill R. Laroe
*Applicant's signature*

Jill R. Laroe, Special Agent - FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephonic means *(specify reliable electronic means)*.

Date: **Jun 5, 2024**

*Judge's signature*

City and state: Concord, New Hampshire    Talesha L. Saint-Marc, U.S. Magistrate Court Judge
*Printed name and title*