FILED - USDC -NH
2024 JUN 24 AM10:27

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means

☐ Original        ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
### for the
### District of New Hampshire

| | |
|---|---|
| In the Matter of the Search of ) | |
| *(Briefly describe the property to be searched* ) | |
| *or identify the person by name and address)* )   Case No.  24-mj- | |
| Information Associated with the Gmail Account ) | |
| gotvcalls@gmail.com Stored at the Premises ) | |
| Controlled by Google ) | |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____Northern_____ District of _____California_____ *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before _____June 19, 2024_____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____The Honorable Talesha L. Saint-Marc_____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:      __2:01 PM, Jun 5, 2024__          _____
                                                              *Judge's signature*

City and state:      __Concord, New Hampshire__          Talesha L. Saint-Marc, U.S. Magistrate Court Judge
                                                              *Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

**Return**

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 24-mj- | 6/5/2024 ; 4:15 | Google LERS Portal |

Inventory made in the presence of :

Inventory of the property taken and name(s) of any person(s) seized:

Response on 6/7/2024 @ 353pm

Reference # 61900560

available on Portal and downloaded to a thumbdrive -

filenames:

61900560 - 20240607-1

" " -2

gotucalls@gmail.com, 783861589724. GooglePay, BillingInfo

" " , Preserved_001, GooglePay, Bill

" " _002, GooglePay, Bill

" ". 1074682574762, Drivefiles_002

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 6/24/24

*Executing officer's signature*

Jill Laroe, SA

*Printed name and title*

Print Save As... Reset